IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC LARZ LISTER,<br><br>        Plaintiff,<br><br>  v.<br><br>TREVOR SCHNITZIUS,<br><br>        Defendant.<br>_____ / | No. C 05-02861 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: April 14, 2006 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is August 31, 2006.

DESIGNATION OF EXPERTS: 9/15/06; REBUTTAL: 9/29/06.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is October 27, 2006.

DISPOSITIVE MOTIONS **SHALL** be filed by November 3, 2006;

  Opp. Due November 17, 2006; Reply Due 11/27/06;

  and set for hearing no later than December 8, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: March 6, 2007 at 3:30 PM.

JURY TRIAL DATE: March 19, 2007 at 8:30 AM.,
    Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

Defendants Mong and Libby will be dismissed by stipulation.

The ENE session shall occur in March 2006.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 12/2/05

                                                                   SUSAN ILLSTON
                                                                   United States District Judge