Tim A. Pori (SBN 189270)
Shirley E. Gibson (SBN 206829)
LAW OFFICES OF TIM A. PORI
521 Georgia Street
Vallejo, CA   94590
Telephone: (707) 644-4004
Facsimile:  (707) 644-7528
E-Mail: tim@defense-attorney-pori.com

Attorneys for Plaintiff MARC LARZ LISTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC LARZ LISTER<br><br>    Plaintiff,<br><br>vs.<br><br>TREVOR SCHNITZIUS, MICHAEL HULSEY, RICHARD SMITH, JAMES LIBBY, G.R. "JERRY" MONGE, MARK A. MOCZULSKI, CITY OF ANTIOCH, and DOES 1 - 60, inclusive<br><br>    Defendants. | Case No. 05-02861 SI<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

   IT IS HEREBY STIPULATED by and between the parties hereto, Plaintiff Marc Lister, through his attorney of record, and Defendants James Libby and G.R. "Jerry" Monge, through their attorney of record, that, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), the above-captioned action be dismissed with prejudice as to defendants James Libby

///
///
///
///

---

STIPULATION AND ORDER FOR DISMISSAL - C05-02861 SI

1 | and G.R. "Jerry" Monge only, each side to bear its own costs.

LAW OFFICES OF TIM A. PORI

Dated: December 1, 2005     By:     /s/    Tim A. Pori
                                    TIM A. PORI
                                    Attorney for Plaintiff LISTER

OFFICE OF THE ATTORNEY GENERAL

Dated: December 1, 2005     By:     Bradley Solomon
                                    BRADLEY SOLOMON
                                    Attorney for Defendants MONGE and LIBBY

**ORDER**

IT IS SO ORDERED.

Dated: _____

IT IS SO ORDERED
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND ORDER FOR DISMISSAL - C05-02861 SI