**Tim A. Pori (SBN 189270)**
**Shirley E. Gibson (SBN 206829)**
LAW OFFICES OF TIM A. PORI
521 Georgia Street
Vallejo, CA 94590
Telephone: (707) 644-4004
Facsimile: (707) 644-7528
E-Mail: tim@defense-attorney-pori.com

**Peter Edrington (SBN 074355)**
**Michael Clark (SBN 110917)**
EDRINGTON, SCHIRMER & MURPHY
2300 Contra Costa Blvd. #450
Pleasant Hill, CA 94523
Telephone: (925) 827-3300
Facsimile : (925) 827-3320

Attorneys for Plaintiff MARC LARZ LISTER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC LARZ LISTER | Case No. 05-02861 SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER** |
| vs. | |
| TREVOR SCHNITZIUS, MICHAEL HULSEY, RICHARD SMITH, JAMES LIBBY, G.R. "JERRY" MONGE, MARK A. MOCZULSKI, CITY OF ANTIOCH, and DOES 1 - 60, inclusive | |
| Defendants. | |

The parties hereby stipulate and agree that the Pretrial Preparation Order of this court shall be modified to state that the ENE Session shall occur in April, 2006, rather than in March, 2006. This stipulation is due to the unexpected unavailability of defendant Michael Hulsey for the ENE session scheduled for March 30, 2006, due to a court-ordered appearance for a criminal

///

///

TITLE OF DOCUMENT - C05-02861 SI                    1

1 | trial in Contra Costa County Superior Court.

2 |                                               LAW OFFICES OF TIM A. PORI

Dated: April 10, 2006         By:    /s/ Tim A. Pori

                                                EDRINGTON, SCHIRMER & MURPHY

Dated: April 10, 2006         By:    /s/ Michael Clark  (Authorized 4/10/06)

## PROPOSED ORDER

      Good cause appearing therefor,

      IT IS HEREBY ORDERED that the Pretrial Preparation Order shall be modified to state that the ENE Session shall occur in April, 2006, rather than in March, 2006.

Dated: April _____, 2006.                         /s/ Susan Illston
                                           HONORABLE SUSAN ILLSTON
                                           UNITED STATES DISTRICT COURT JUDGE