1 **Tim A, Pori (SBN 189270)**
**Shirley E. Gibson (SBN 206829)**
2 LAW OFFICES OF TIM A. PORI
521 Georgia Street
3 Vallejo, CA 94590
Tel: (707) 644-4004
4 Fax: (707) 644-7528

5 Attorneys for Plaintiff MARC LARZ LISTER

6 **Peter P. Edrington (SBN 074355)**
**Michael P. Clark (SBN 110917)**
7 EDRINGTON, SCHIRMER & MURPHY
2300 Contra Costa Blvd. #450
8 Pleasant Hill, CA 94523
Tel: (925) 827-3300
9 Fax: (925) 827-3320

10 Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC LARZ LISTER ) | Case No. 05-02861 SI |
| ) | |
| Plaintiff, ) | **STIPULATION AND REQUEST** |
| ) | **TO EXTEND NON-EXPERT** |
| vs. ) | **DISCOVERY CUTOFF DATE** |
| ) | |
| TREVOR SCHNITZIUS, MICHAEL ) | |
| HULSEY, RICHARD SMITH, JAMES ) | |
| LIBBY, G.R. "JERRY" MONGE, ) | |
| MARK A. MOCZULSKI, CITY OF ) | |
| ANTIOCH, and DOES 1 - 60, inclusive ) | Honorable Susan Illston |
| ) | |
| Defendants. ) | |
| _____) | |

The above-named parties and their respective attorneys respectfully request modification of the Pretrial Preparation Order to extend the non-expert discovery cutoff, currently ordered for August 31, 2006. The parties request extension of the deadline to October 13, 2006, for the limited purpose of completing the following depositions, which were originally noticed to be completed within the present discovery cut-off:

STIPULATION AND REQUEST TO EXTEND NON-EXPERT DISCOVERY CUTOFF DATE- 1

1. Defendants' deposition of witness LEFTY CURTIS;
2. Defendants' deposition of witness MARK HARRISON;
3. Defendants' deposition of witness MARLON BAUTISTA;
4. Defendants' deposition of witness TONY VERDUCCI;
5. Defendants' completion of the deposition of Plaintiff MARC LARZ LISTER.

Despite diligent efforts to meet the August 31, 2006 cutoff date, the parties were unable to schedule mutually agreeable dates and times for the above-specified depositions by that date. The parties seek this limited extension in an effort to accommodate the schedules of the witnesses and attorneys. The parties expect that all depositions can be completed by the proposed modified cutoff date of October 13, 2006.

LAW OFFICES OF TIM A. PORI

Dated: _____  By: _____
TIM A. PORI
Attorney for Plaintiff

EDRINGTON, SCHIRMER & MURPHY

Dated: _____  By: _____
MICHAEL P. CLARK
Attorney for Defendants

IT IS SO ORDERED.

Dated: _____  _____
Susan Illston
United States District Judge