**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC LARZ LISTER,<br><br>        Plaintiff,<br>  v.<br><br>TREVOR SCHNITZIUS, et al.,<br><br>        Defendants.<br>                                        / | No. C 05-02861 SI<br><br>**ORDER RE: SUPPLEMENTAL**<br>**DECLARATION OF PLAINTIFF** |

       The Court hereby directs plaintiff Marc Larz Lister to submit a declaration explaining under oath why the facts stated in his declaration filed on September 15, 2006 were not disclosed to the Court or any of the parties before this time.

       On December 2, 2005, defendants served plaintiff with interrogatories which, among other things, specifically asked plaintiff to "state the information omitted from the affidavit, that if included, would have resulted in a finding of no probable cause to search your home or seize your business computers, records and books, as claimed in paragraph 41 of your complaint." Plaintiff's answer to that question, provided in January, 2006, failed to include the facts asserted in his September 15, 2006 declaration. Nor did plaintiff include these facts in his "Supplemental Responses to Defendants' Interrogatories, Set One," which were dated August 15, 2006. Further, these facts are not mentioned in any of the joint case management conference statements filed on November 11, 2005, April 5, 2006, and July 21, 2006 in this case.

       The first time these facts were stated on the record was during the August 16, 2006 deposition of plaintiff, in which plaintiff answered that he had in fact handed defendant Schnitzius a file folder containing paperwork related to the 1998 GMC Yukon. *See* Clark Supp. Decl., Ex. 12, Lister Dep.

122:24-123:7, August 16, 2006.  However, plaintiff made no mention of this fact in his motion for partial summary judgment filed on August 18, 2006.  Plaintiff first informed the Court of these facts in plaintiff's opposition to defendants' motion for summary judgment and the supporting declaration filed by plaintiff Lister.  In this instance, it was the first argument made in the brief.

For the above reasons, the Court hereby orders the plaintiff to submit a declaration explaining under oath why the facts stated in his September 15, 2006 declaration were not disclosed to the Court, or any of the parties, before this time.  Plaintiff is ordered to file his declaration with the Court by 5:00 p.m. on Thursday, October 5, 2006.

**IT IS SO ORDERED.**

Dated: October 4, 2006

SUSAN ILLSTON
United States District Judge