Tim A. Pori (SBN 189270)
Shirley E. Gibson (SBN 206829)
LAW OFFICES OF TIM A. PORI
521 Georgia Street
Vallejo, CA 94590
Tel: (707) 644-4004
Fax: (707) 644-7528

Attorneys for Plaintiff MARC LARZ LISTER

Peter P. Edrington (SBN 074355)
Michael P. Clark (SBN 110917)
EDRINGTON, SCHIRMER & MURPHY
2300 Contra Costa Blvd. #450
Pleasant Hill, CA 94523
Tel: (925) 827-3300
Fax: (925) 827-3320

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC LARZ LISTER,<br><br>    Plaintiff,<br><br>vs.<br><br>TREVOR SCHNITZIUS, MICHAEL HULSEY, RICHARD SMITH, JAMES LIBBY, G.R. "JERRY" MONGE, MARK A. MOCZULSKI, CITY OF ANTIOCH, and DOES 1 - 60, inclusive<br><br>    Defendants. | Case No. 05-02861 SI<br><br>**STIPULATION AND REQUEST TO EXTEND EXPERT DISCOVERY CUTOFF DATE**<br><br>Honorable Susan Illston |

    The above-named parties and their respective attorneys respectfully request modification of the Pretrial Preparation Order to extend the expert discovery cutoff, currently ordered for October 27, 2006. The parties request a sixty-day extension of the deadline to December 26, 2006, for the purpose of deposing all expert witnesses in this matter. Good cause exists for extending the deadline in

that Plaintiff is seeking new counsel, and accordingly all previously scheduled expert depositions have been postponed in order to allow the participation of new counsel.

LAW OFFICES OF TIM A. PORI

Dated: _____  By: /s/ Tim A. Pori (Authorized 10/20/06
TIM A. PORI
Attorney for Plaintiff

EDRINGTON, SCHIRMER & MURPHY

Dated: 10/26/06  By: *Michael P. Clark*
MICHAEL P. CLARK
Attorney for Defendants

IT IS SO ORDERED.

Dated: _____

*Susan Illston*
Susan Illston
United States District Judge