1  **Tim A. Pori (SBN 189270)**
   **Shirley E. Gibson (SBN 206829)**
2  LAW OFFICES OF TIM A. PORI
   521 Georgia Street
3  Vallejo, CA 94590
   Tel: (707) 644-4004
4  Fax: (707) 644-7528

5  Attorneys for Plaintiff MARC LARZ LISTER

6  **Peter P. Edrington (SBN 074355)**
   **Michael P. Clark (SBN 110917)**
7  EDRINGTON, SCHIRMER & MURPHY
   2300 Contra costa blvd. #450
8  Pleasant Hill, CA 94523
   Tel: (925) 827-3300
9  Fax: (925) 827-3320

10

11

                   **UNITED STATES DISTRICT COURT**
12
                 **NORTHERN DISTRICT OF CALIFORNIA**
13

14 MARC LARZ LISTER                    )    Case No. 05-02861 SI
                                        )
15        Plaintiff,                    )    **STIPULATION, REQUEST AND**
                                        )    **[PROPOSED] ORDER TO FURTHER**
16 vs.                                  )    **EXTEND EXPERT DISCOVERY**
                                        )    **CUTOFF DATE, PRETRIAL**
17 TREVOR SCHNITZIUS, MICHAEL           )    **CONFERENCE, AND TRIAL DATE**
   HULSEY, RICHARD SMITH, JAMES         )
18 LIBBY, G.R. "JERRY" MONGE,           )
   MARK A. MOCZULSKI, CITY OF           )    Honorable Susan Illston
19 ANTIOCH, and DOES 1 - 60, inclusive  )
                                        )
20        Defendants.                   )
   _____ )
21

22      The above-named parties and their respective attorneys respectfully request modification

23 of the Pretrial Preparation Order to extend the expert discovery cutoff, pre-trial conference, and

24 jury trial date.

25      The expert discovery cutoff is currently ordered for December 26, 2006. The court

26 previously granted a sixty-day extension of the original deadline of October 27, 2006. The parties

27 requested the previous extension in order to allow the Plaintiff time to obtain new counsel, and to

28 allow participation of new counsel in all expert depositions. Presently, Plaintiff's effort to obtain

───────────────────────────────────────────

STIPULATION, REQUEST AND [PROPOSED] ORDER TO MODIFY PRETRIAL PREPARATION ORDER - 1

1   new counsel has been delayed pending the court's ruling on the Defendants' and Plaintiff's

2   motions for summary judgment.  As the ruling will be the primary factor in potential counsel's

3   decision to represent Plaintiff, and the parties are reluctant to proceed with expert discovery until

4   the viability of Plaintiff's claims is determined, the parties now seek further extension of the

5   expert discovery cutoff.  The parties propose that the expert discovery cutoff be set thirty days

6   from the date of the court's order stating a ruling on Plaintiff's Motion for Partial Summary

7   Judgment and Defendants' Motion for Summary Judgment.

8          The parties request further modification to the court's scheduling order to extend the

9   dates for pre-trial conference, presently set on March 6, 2007, and jury trial, presently set to begin

10  on March 19, 2007.  Good cause for this request exists based upon the above-stated factors.

11  Furthermore, good cause exists to extend the trial and pre-trial dates because Plaintiff's current

12  attorney of record, Tim A. Pori, is unable to effectively represent Plaintiff and conduct a trial due

13  to illness.  Mr. Pori has been diagnosed with cancer, requiring chemotherapy treatments and

14  major surgery in January or February 2007.  Plaintiff needs time to obtain new counsel and for

15  new counsel to prepare for trial.  Accordingly, the parties propose a new pretrial conference date

16  on or about August 6, 2007, at the court's convenience, and a new trial date on or about August

17  20, 2007, at the court's convenience.

18                                      LAW OFFICES OF TIM A. PORI

19

20  Dated: December 19, 2006          By:        /s/   Shirley e. Gibson
                                                 SHIRLEY E. GIBSON
21                                               Attorney for Plaintiff

22                                      EDRINGTON, SCHIRMER & MURPHY

23
    Dated: December 18, 2006          By:        /s/ Michael P. Clark (Authorized 12/18/06)
24                                               MICHAEL P. CLARK
                                                    Attorney for Defendants
25

26

27

28

---

STIPULATION, REQUEST AND [PROPOSED] ORDER TO MODIFY PRETRIAL PREPARATION ORDER - 2

1

**[PROPOSED] ORDER**

2    Based on this stipulation and good cause having been shown,

3         IT IS HEREBY ORDERED that the current Pretrial Preparation Order dates are

4    continued, as follows:

5                                    CURRENT DATE:              NEW DATE:

6    Expert Discovery cutoff         December 26, 2006          Thirty (30) days from
                                                                entry of ruling on motions
7                                                               for summary judgment
                                                                8/7/07 @ 3:30 p.m.
8    Pretrial Conference:            March 6, 2007          _____
                                                            (August 6, 2007, if avail.)
9
     Trial Date:                     March 19, 2007             8/20/07 @ 8:30 a.m.
10                                                          _____
                                                            (August 20, 2007, if avail.)
11
     Dated: _____
12                                         SUSAN ILLSTON
                                           United States District Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28