UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE WAYNE D. BRAZIL**

CIVIL MINUTE ORDER

Date:   6-4-07                              Time: 2.5 hours

DOCKET NO.:   C 05-2861 SI

TITLE OF CASE:   *Lister v. Schnitzius*

ATTORNEY(S):

      Plaintiff:   Michael Hadad, Tim Pori

      Defendant:   Peter Edrington, Michael Clark

**PROCEEDINGS**

| | |
|---|---|
| [] INITIAL STATUS CONFERENCE | [X] SETTLEMENT CONFERENCE |
| [] FOLLOW-UP STATUS CONFERENCE | [] FOLLOW-UP SETTLEMENT CONF. |
| [] PRETRIAL CONFERENCE (NOT FINAL) | [] DISCOVERY CONF. (INFORMAL) |
| [] FINAL PRETRIAL CONFERENCE | [] DISCOVERY HEARING (FORMAL) |
| [] NONDISPOSITIVE MOTION (ORDER | [] EXAM. OF JUDGMENT DEBTOR |
| [] NONDISPOSITIVE MOTION (OPINION) | [] EVIDENTIARY HEARING |
| [] DISPOSITIVE MOTION | |
| [] OTHER: | |

NOTES

Parties agreed to all essential terms of settlement – subject to approval within 30 days by JDA.

cc: WDB, stats, SI